USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the _____ DISTRICT OF Delaware

CR 13-29

UNITED STATES OF AMERICA

V.

Columbia Shipmanagement LTD

CRIMINAL NUMBER: _____

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Columbia Shipmanagement, LTD defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead **guilty** to the offense charged, to consent to the disposition of the case in the _____ District of **New Jersey - Newark** in which I, _____, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 3/15 20 13 at Wash, L D.C.

_____ Attorney-in-fact
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____          _____, AUSA
United States Attorney for the          United States Attorney for the
_____ District of          _____ District of
New Jersey          Delaware

3-15-13

FILED
2013 MAR 15 PM 3:58
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE